981 A.2d 1281

James H. WILLIAMS, Petitioner

v.

COURT OF COMMON PLEAS of Philadelphia
County, Respondent.

No. 116 EM 2009.

Supreme Court of Pennsylvania.

Sept. 16, 2009.

## ORDER

PER CURIAM.

AND NOW, this 16th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**